THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| WILLIAM W. SIMPSON ENTERPRISES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.,<br><br>Defendant. | **ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 4:20-cv-00075-DN-PK<br><br>District Judge David Nuffer |

On March 29, 2021, an Order to Show Cause Re: Dismissal for Failure to Timely Serve Defendant and Prosecute ("Order to Show Cause") entered.[1] The Order to Show Cause required Plaintiff, by no later than April 5, 2021, to file: (i) proof that Defendant was served with the Plaintiff's complaint; and (ii) a responsive brief showing cause as to why the complaint should not be dismissed for failure to timely serve Defendant and prosecute.[2] The Order to Show Cause also warned Plaintiff that failure to file a proof or service and responsive brief by April 5, 2021, would result in the dismissal without prejudice of Plaintiff's Complaint without further notice.[3]

The April 5, 2021 deadline for Plaintiff to respond to the Order to Show Cause has passed, and Plaintiff failed to respond and has not sought an extension of time to respond. Therefore,

---

[1] Docket no. 8, filed Mar. 29, 2021.

[2] *Id*. at 2.

[3] *Id*.

IT IS HEREBY ORDERED that Plaintiff's Class Action Complaint for Declaratory and Other Relief[4] and this action are DISMISSED without prejudice for Plaintiff's failure to timely serve Defendant and prosecute.

The Clerk is directed to close the case.

Signed April 6, 2021.

BY THE COURT

David Nuffer
United States District Judge

---

[4] Docket no. 2, filed July 9, 2020.