THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| WILLIAM W. SIMPSON ENTERPRISES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:20-cv-00075-DN-PK<br><br>District Judge David Nuffer |

IT IS ORDERED AND ADJUDGED THAT

Plaintiff's Class Action Complaint for Declaratory and Other Relief[1] and this action are DISMISSED without prejudice for Plaintiff's failure to timely serve Defendant and prosecute.

Signed April 6, 2021.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] Docket no. 2, filed July 9, 2020.